UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BROWN RUDNICK, LLP,

                        Movant,

-v-

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, IN RE TEHUM CARE SERVICES, INC.,

                        Respondent.

24 MC. 57 (PAE)

Order

PAUL A. ENGELMAYER, District Judge:

On February 5, 2024, Brown Rudnick, LLP ("Brown Rudnick")[1] filed a motion seeking to quash a non-party subpoena *duces tecum* issued by the Official Committee of Unsecured Creditors ("UCC") in the *In re Tehum Care Services, Inc.*, Chapter 11 Case No. 23-90086 (CML) (Bankr. S.D. Texas), bankruptcy proceeding. Dkt. 1. The motion also seeks sanctions against the UCC's law firm, Stinson LLP. *Id.* In the alternative, Brown Rudnick seeks a protective order. *Id.* The Court hereby directs Brown Rudnick to serve the UCC with the motion and supporting paper by February 12, 2024. The UCC's opposition, if any, is due February 19, 2024.

SO ORDERED.

*Paul A. Engelmayer* (signature)

Paul A. Engelmayer
United States District Judge

Dated: February 8, 2024
       New York, New York

---

[1] Brown Rudnick represents the Official Committee of Tort Claimants ("TCC") in the underlying bankruptcy proceeding.