UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----

BROWN RUDNICK, LLP,

                Movant,

-v-

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, IN RE TEHUM CARE SERVICES, INC.,

                Respondent.

24 MC. 57 (PAE)

ORDER

----

PAUL A. ENGELMAYER, District Judge:

On February 5, 2024, Brown Rudnick, LLP ("Brown Rudnick")[1] filed a motion seeking to quash a non-party subpoena *duces tecum* issued to it by the Official Committee of Unsecured Creditors ("UCC") in the *In re Tehum Care Services, Inc.*, Chapter 11 Case No. 23-90086 (CML) (Bankr. S.D. Texas), bankruptcy proceeding. Dkt. 1. Today, the Court directed the UCC to file an opposition by February 19, 2024. Dkt. 5. Later today, the UCC filed a motion to transfer the case to the Southern District of Texas, Dkt. 7, along with a memorandum of law and a declaration in support, Dkts. 8–9.

The Court is mindful of the need for expedition. The Court hereby directs Brown Rudnick to respond to the motion to transfer by Tuesday, February 13, 2024. The UCC may submit a reply, due Wednesday, February 14, 2024. For avoidance of doubt, the deadline for the UCC's response to the motion to quash the subpoena remains Monday, February 19, 2024. Dkt. 5.

----

[1] Brown Rudnick represents the Official Committee of Tort Claimants ("TCC") in the underlying bankruptcy proceeding.

SO ORDERED.

_____
Paul A. Engelmayer
United States District Judge

Dated: February 8, 2024
        New York, New York